UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civ. No. 00-869 DWF/AJB

UNITED STATES OF AMERICA, )
Plaintiff, )
v. ) ORDER
TIM AMMERMAN, )
Defendant. )

This matter comes before the Court following issuance of a bench warrant for defendant's failure to appear at a court ordered debtor's examination. Defendant has now complied with the requirements of the debtor's examination, and, accordingly,

IT IS HEREBY ORDERED that the bench warrant be discharged.

Ordered this 5 day of April, 2001.

UNITED STATES MAGISTRATE JUDGE

APR - 5 2001